Orig rec'd via counter
FILED FOR RECORD 01/13/2022 15:25:55
Mareasa K. Adams, DY CLERK
JEFFERSON PARISH

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

DOCKET NO: 824-340                                                                 DIVISION: "F"

Filed by: Fax
Date: 1/12/22
Time: 4:40 p.m.
Deputy Clerk: S/ MAREASA ADA
(SEE ATTACHED L...)

KATHLEEN BRISSET ROME

VS.

ACADEMY SPORTS AND OUTDOORS, INC.,
LEONEL F. MEDINA, & GWEN CLEAVES

---

### PETITION FOR DAMAGES

The petition of **KATHLEEN BRISSET ROME** domiciled in the Parish of St. Charles, State of Louisiana, respectfully represents:

**1.**

Made Defendants herein are:

a) **ACADEMY SPORTS AND OUTDOORS, INC.**, a foreign corporation doing business in the State of Louisiana;

b) **LEONEL F. MEDINA**, a person of the full age of majority and a resident of and domiciled in the State of Louisiana;

c) **GWEN CLEAVES**, a person of the full age of majority and a resident of and domiciled in the State of Louisiana.

**2.**

On or about April 9, 2021, **KATHLEEN BRISSET ROME** was patronizing the **ACADEMY SPORTS AND OUTDOORS** store number 171 located at 8843 Veterans Memorial Blvd., Metairie, Louisiana, owned and operated by your Defendant, **ACADEMY SPORTS AND OUTDOORS, INC.** (herein referred to as "**ACADEMY**").

**3.**

At the same time and date set out in the preceding paragraph, while bending over to pick up a canopy from the aisle floor, another canopy, which was stacked vertically on the shelf with the weighted, wheel-end up, fell off of the shelf and struck Plaintiff, **KATHLEEN BRISSET ROME**, with the weighted, wheel-end on the back of her neck and head, causing her to suffer severe and disabling injuries.

**4.**

At all times pertinent, your Defendants, **LEONEL F. MEDINA** and **GWEN CLEAVES**, were employees of your Defendant, **ACADEMY**, and all three are liable unto Plaintiff jointly, severally, and in solido in the following respects:

**EXHIBIT 1**

5.

The accident referred to above, and the resulting injury and damages, were caused solely and proximately by the fault and negligence of **ACADEMY** through the negligence of its employees through the Doctrine of Respondeat Superior, which fault and negligence consisted of the following:

A. In creating and/or having prior actual or constructive notice of a reasonably foreseeable condition creating an unreasonable risk of harm to Plaintiff, which caused Plaintiff's injury;

B. In failing to properly inspect the premises;

C. In failing to use reasonable care to keep the premises free of hazardous conditions;

D. In failing to use reasonable care to keep aisles, passageways, floors, and stacks in a safe condition;

E. Other acts of fault or negligence which will be proved at the trial of this matter.

6

Upon information and belief, Defendant, **LEONEL F. MEDINA,** was at all time pertinent the Operations Manager of the **ACADEMY** store and was in charge of setting up the stacks (merchandise displays) and negligently set up the canopy stack in an unreasonably unsafe manner.

7

Upon information and belief, defendant, Defendant, **GWEN CLEAVES,** was at all time pertinent the Store Manager of the **ACADEMY** store and was in charge of supervising and overseeing the setting up of the stacks (merchandise displays) and negligently inspected the canopy stack failing to find an unreasonably unsafe condition.

8.

As a result of said accident, **KATHLEEN BRISSET ROME**, sustained severe and disabling injuries, including but not limited to, a concussion, as well as injury to the bones, muscles, tendons, ligaments and soft tissue of her back, neck, shoulder, and arm.

9.

As a result of the accident and injuries referred to above, **KATHLEEN BRISSET ROME** has suffered pain, disability, and medical expenses.

10.

Plaintiff, **KATHLEEN BRISSET ROME**, is therefore entitled to damages for the items set out above in such amounts as are reasonable in the premises, which exceed $50,000.00.

WHEREFORE, Plaintiff prays that the Defendants be served with a certified copy of this petition and that each be duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings be had, there be judgment herein in favor of Plaintiff and against the Defendants, jointly, severally and in solido in an amount reasonable for the injuries sustained by Plaintiff in excess of $50,000.00, together with legal interest from date of judicial demand and for all costs incurred.

Respectfully submitted,

LAW OFFICE OF TROY G. BROUSSARD

TROY G. BROUSSARD, J.D. - #18569
701 Papworth Avenue
Suite 210
Metairie, LA  70005
(504) 835-9491 / (504) 835-9461
troy1498@yahoo.com

ATTORNEY FOR
KATHLEEN BRISSET ROME


**PLEASE SERVE:**

**ACADEMY SPORTS AND OUTDOORS, INC.,**
**Through its Agent of Record,**
**CT Corporations Systems**
3867 Plaza Tower Drive
Baton Rouge, LA  70816

**LEONEL F. MEDINA,**
**At his place of employment,**
**ACADEMY SPORTS AND OUTDOORS**
8843 Veterans Memorial Blvd.
Metairie, Louisiana  70003

**GWEN CLEAVES,**
**At her place of employment,**
**ACADEMY SPORTS AND OUTDOORS**
8843 Veterans Memorial Blvd.
Metairie, Louisiana  70003

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA