UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KATHLEEN BRISSET ROME**  CIVIL ACTION NO.

versus

**ACADEMY SPORTS AND OUTDOORS, INC.,
LEONEL F. MEDINA, AND GWEN**

## DECLARATION OF BILL PARKER

**STATE OF TEXAS**

**COUNTY OF HARRIS**

In accordance with 28 U.S.C. § 1746, I, Bill Parker, declare:

1. My name is Bill Parker. I am an adult resident of Texas.

2. I am the Senior Claims Manager of Academy, Ltd. ("Academy"), whose headquarters are located at 1800 N. Mason Rd., Katy, Texas 77449. In that role, I am familiar with communications between Plaintiff's counsel, Troy Broussard, and Academy

3. I have read the Notice of Removal in the matter of *Kathleen Brisset Rome v. Academy Sports and Outdoors, Inc.* I verify that the information contained in Paragraph 8 of the Notice of Removal as to the citizenship of Academy Sports and Outdoors, Inc. and Academy, Ltd., which is the proper party defendant although not named as a defendant in this action, is true and correct to the best of the information, knowledge, and belief.

4. Additionally, a true and correct copy of settlement communications sent by Plaintiff's counsel to Academy, including communications regarding a surgery estimate in excess of $200,000, are attached to this declaration as Exhibits 4(A) and 4(B).

EXHIBIT 4

5.  I declare under the penalty of perjury that the information contained herein is true and correct.

Dated: March 7, 2022.

_____
BILL PARKER

